IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER SEVEN |
| YVETTE WILLSON THOMAS WILLSON, | : | BANKRUPTCY NO.: 4-09-bk-02811 |
| DEBTORS | : | |
| ROBERTA A. DeANGELIS ACTING UNITED STATES TRUSTEE, | : | {**Nature of Proceeding**: Motion of United States Trustee to Dismiss Case Pursuant to 11 U.S.C. § 707(b)(2) or (3) filed July 13, 2009 (Doc. #21)} |
| MOVANT | : | |
| vs. | : | |
| YVETTE WILLSON THOMAS WILLSON, | : | |
| RESPONDENTS | : | |

# OPINION

Much as in a case under contemporaneous consideration, the United States Trustee has moved to dismiss this Chapter 7 under 11 U.S.C. § 707(b(2) and 707(b)(3). With regard to the former grounds, the Trustee argues that the Debtor is unable to claim that payments under a nondischargeable student loan represent a "special circumstance" under § 707(b)(2)(B)(i).

I hold that my decision of this date in the case of *In re Womer,* Case No. 1:08-bk-04779 (M.D. Pa. filed April 14, 2010) is dispositive of this issue. See attachment.

Briefly, while I conclude that a nondischargeable student loan can conceivably become a special circumstance under the statute, the Debtors bear the burden of demonstrating that there are no reasonable alternatives but for the present Chapter 7 filing. The record created in this case simply does not go that far. I just do not have the information provided to make a finding as

[K:\Cathy\Opinions-Orders_filed_2010\4-09-bk-02811_Willson.pdf]

Case 4:09-bk-02811-JJT    Doc 31    Filed 04/14/10    Entered 04/14/10 13:16:05    Desc
                Main Document        Page 1 of 2

to the likely outcome should the Debtors not be eligible for Chapter 7 relief.

For reasons articulated in *In re Womer*, the Motion of the United States Trustee is granted.

By the Court,

Date: April 14, 2010

John J. Thomas, Bankruptcy Judge
(CMS)

*This opinion is electronically signed and filed on the same date.*